IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FRANUEL GUADARARAMA, et al.,

    Plaintiffs,

v.

LARIN CORPORATION, et al.,

    Defendants.

Case No. 3:10-cv-0818
Chief Judge Haynes

**ORDER**

Before the Court is the parties' joint stipulation of dismissal. (Docket Entry No. 45). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs' claims are **DISMISSED with prejudice**. Each party shall bear its own costs, attorney's fees, and expenses.

It is so **ORDERED.**

This is the Final Order in this action.

ENTERED this the 28th day of March, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge